# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Victor Shelton,

      Plaintiff,

    v.

Paul Schnell, Commissioner of
Corrections, et al.,

      Defendants.

**ORDER ADOPTING REPORT
AND RECOMMENDATION**
Civil No. 26-00050 (MJD/ECW)

---

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Elizabeth Cowan Wright dated February 6, 2026.  **[Docket No. 19.]**  No objections have been filed to the Report and Recommendation.

Pursuant to statute, the Court has conducted a de novo review upon the record.  28 U.S.C. § 636(b)(1); D. Minn. LR 72.2(b).  Based upon that review, the Court adopts the Report and Recommendation.

Accordingly, based upon the files, records, and proceedings herein, **IT IS**

**HEREBY ORDERED**:

1.  The Court **ADOPTS** the Report and Recommendation of United States

    Magistrate Judge Elizabeth Cowan Wright dated February 6, 2026

    **[Docket. No. 19]**; and

2.  Plaintiff's Motion for Temporary Restraining Order **[Docket No. 8]** and

    Motion for Partial Summary Judgment **[Docket No. 13]** are **DENIED as**

    **moot.**

Dated:  March 2, 2026                    s/Michael J. Davis
                                         Michael J. Davis
                                         United States District Court